**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
STEPHANIE MARIE V.,

                        Plaintiff,                    25 **CIVIL** 1784 (GRJ)

          -v-                                         **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.
-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Decision and Order dated May 2, 2026, Plaintiff's Motion for Judgment on

the Pleadings (Docket No. 27) is GRANTED, and this case is REMANDED for further

administrative proceedings consistent with the Decision and Order. Final judgment is entered in

favor of the Plaintiff.

**Dated:** New York, New York

          May 6, 2026

                                                **TAMMI M. HELLWIG**
                                      _____
                                                **Clerk of Court**

                              **BY:**            K. mango
                                      _____
                                                **Deputy Clerk**